```
_____ FILED       _____ LODGED
              _____ RECEIVED
                June 12, 2025
          CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON AT TACOMA
     BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In the Matter of the Extradition of:<br><br>**QIN LI** | CASE NO. 3:25-MJ-05212 GJL<br><br>DETENTION ORDER |

    The Kingdom of Spain ("Spain") sought a provisional arrest warrant of Qin Li "with a view toward her extradition" and in accordance with Article 11 of the extradition treaty currently in force between Spain and the United States. Dkt. 1 at 1-2. The United States pursuant to its obligations under the Treaty and 18 U.S.C. § 3181 *et seq.*, filed a Complaint in this District in support of the arrest warrant. *Id.* On May 29, 2025, the Court found sufficient probable cause to support the allegations in the complaint and issued a warrant for Ms. Li's arrest. Dkts. 1, 2. Ms. Li was arrested and she initially appeared before the Court on June 4, 2025. Dkt. 10. Based upon the Government's Motion for Detention and the defense Motion to Continue the detention hearing, the Court set a detention hearing for June 12, 2025. Dkts. 6, 10.

DETENTION ORDER - 1

1  At the hearing on June 12, 2025, Defendant Li, through counsel, stipulated and did not
2 object to detention. The Court accepted Ms. Li's consent to detention, granted the
3 Government's Motion for Detention and ordered Ms. Li detained pending further proceedings in
4 this matter. Dkt. 16.

6  Dated this 12th day of June, 2025.

Grady J. Leupold
United States Magistrate Judge

DETENTION ORDER - 2